NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SINCLAIR-ALLISON, INC.,**
*Plaintiff-Appellant,*

**v.**

**FIFTH AVENUE PHYSICIAN SERVICES, LLC,
FIFTH AVENUE AGENCY, INC., PRIMORIS
CREDENTIALING NETWORK, AND PROFILE
VERIFICATION SERVICES,**
*Defendants-Appellees.*

---

2013-1177

---

Appeal from the United States District Court for the Western District of Oklahoma in No. 12-CV-0360, Judge Vicki Miles-LaGrange.

---

**JUDGMENT**

---

NATHANIEL B. WEBB, Sinclair-Allison, Inc., of Akron, Ohio, argued for the plaintiff-appellant. With him on the brief was DANIEL A. THOMSON.

JOHN A. KENNEY, McAfee & Taft, of Oklahoma City, Oklahoma, argued for defendants-appellees.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (RADER, *Chief Judge,* DYK, and TARANTO, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| September 12, 2013 | /s/ Daniel E. O'Toole |
| --- | --- |
| Date | Daniel E. O'Toole |
| | Clerk |